IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA            SEALED

v.            Case No. 17-cr-

TRAVIS B. MARTIN,

           Defendant.

---

COMPLAINT FOR VIOLATION OF TITLE 18,
UNITED STATES CODE, SECTION 875(c)

---

BEFORE United States Magistrate Judge      United States District Court
Stephen L. Crocker      120 North Henry Street
     Madison, Wisconsin 53703

The undersigned complainant being duly sworn states:

On or about November 10, 2016 in the Western District of Wisconsin and elsewhere, the defendant,

TRAVIS B. MARTIN,

knowingly and willfully transmitted in interstate commerce from Richland Center, Wisconsin to Montgomery, Alabama, a communication via a cell phone, and that communication contained a threat to injure, specifically, members of the United States Army National Guard, and indicated "we're gonna blow your fuckin' brains out."

(In violation of Title 18, United States Code, Section 875(c)).

This complaint is based on the attached affidavit of Special Agent Corey Baumgardner, Federal Bureau of Investigation.

           _____
           COREY BAUMGARDNER, Special Agent
           Federal Bureau of Investigation

Sworn to before me this 14th day of March, 2017.

           _____
           STEPHEN L. CROCKER
           United States Magistrate Judge

# AFFIDAVIT

STATE OF WISCONSIN  )
                              ) ss.                         SEALED
COUNTY OF DANE     )

Corey Baumgardner, being duly sworn on oath, deposes and states as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and have been continuously employed as a Special Agent for approximately one year. I am currently assigned to the Madison Resident Agency ("RA") of the Milwaukee Division.

2. This affidavit is made in support of the issuance of a criminal complaint and an arrest warrant for Travis Martin, D.O.B. 03/13/1985, Richland Center, Wisconsin. Since this affidavit is submitted only for the purpose of securing a criminal complaint, I have not set forth each and every fact known to me concerning this investigation. I have included what I believe are facts sufficient to establish probable cause for the complaint that I am seeking. All of the information contained herein is based upon my personal knowledge, and investigation, and upon information supplied to me by other law enforcement officers, all of whom I believe to be truthful and reliable.

## PROBABLE CAUSE

3. On November 10, 2016, at approximately 10:10 p.m., Major Ira Phillips of the Alabama National Guard received a threatening voicemail message at his office telephone number 334-271-7261.

4. The caller indicated on the voicemail that his name was Travis Truth and gave a telephone number of 608-475-6277. The caller left a message which stated in part "we're gonna blow your fuckin' brains out ---." A transcript of the voicemail message is attached as an Exhibit.

5. A subscriber check determined that the cell phone number in question, 608-475-6277, comes back to a Brian Riek of 1400 Veteran's Drive, Lot 20, Richland Center, Richland County, Wisconsin. Investigation determined Riek is the boyfriend of Dorothy Avery. Avery is the mother of Travis Martin. Riek, Avery and Martin all reside at 1400 Veterans Drive, Lot 20, Richland Center, WI.

6. I have confirmed through a review of telephone records that on November 10, 2016, between approximately 10 p.m. and 11 p.m., several phone calls were placed from 608-475-6277 to telephone number 334-271-7400, which is a general number for the Alabama National Guard.

7. On November 15, 2016, at approximately 7:00 p.m. and approximately 7:24 p.m., Nick Bartosch, treasurer of the Wisconsin InfraGard chapter, received two threatening voicemail messages on his personal cell phone number, 414-333-2705.

8. The caller on the voicemail did not identify himself. The first threatening voicemail stated in part "With ISIS recruiting on American soil you are spying on your own government, and that is called treason. And therefore you are executable according to natural law. I'm going to see you real soon, and I'm going to execute you according to natural law." The caller addressed Nick Bartosch by name in the voicemail.

9. I have confirmed through a review of telephone records that on November 15, 2016, at approximately 6:58 p.m. and approximately 7:22 p.m., two phone calls were placed from 608-475-6277 to telephone 414-333-2705, which is Nick Bartosch's cell phone number. Bartosch was at home in DePere, WI when he received these voicemails.

10. On March 3, 2017, Aaron R. Carter who is employed as a Special Agent in Charge (SAC) of the U.S. Army Criminal Investigation Command, Hawaii Field Office, Schofield Barracks, Hawaii, received a voicemail message from an individual who initially identified himself as Travis Truth. The message said in part "Hello, Special Agent Carter. My name is Travis Truth, Travis Martin being my real name, and "Travis Truth" being my "researcher name". My Oath Keeper ID is Lewis Taylor 2859, that's LT2859. My date of birth is 3/13 of 1985."

11. I have listened to the audio recording of voicemail messages to both Major Ira Phillips and Special Agent Aaron Carter and am of the opinion that they were both made by the same person. In addition, the caller provided the same Oath Keepers number in both messages.

## CONCLUSION

12. Based on the above information, I respectfully submit that there is probable cause that Travis Martin committed the Subject Offense.

Dated this  14  day of March, 2017.

*(signature)*
COREY BAUMGARDNER, Special Agent
Federal Bureau of Investigation

Sworn to before me this  14TH  day of March, 2017.

*(signature)*
STEPHEN L. CROCKER
United States Magistrate Judge

# MAJ Ira Phillips - ANG (Voicemail #2)

My name is Travis Truth. 608-475-6277 is my God damn call back number. Now your Army National Guard troops are beatin' on our civilians in the U.S. here and you are beating on us at the time when ISIS is recruiting on American soil. You are engaging in armed hostility against the U.S. at a time when ISIS is recruiting on American soil. If you don't fuckin' stop it we gonna go to God damn civil war. You understand that? Now you listen to me mother fucker, you in violation of the high treason sedition and subversion activities act. Obama himself admitted to speeding up training of ISIL forces and Suni tribes at approximately 22 minutes into the Obama indicated for treason crio. This is public information. Obama himself admitted to speeding up training of ISIL forces and Suni tribe. ISIS is a Suni tribe. This means the ex-President himself admitted to speeding up training of ISIS. This is foreseeable by yourself at approximately 22 minutes into the Obama indicted for treason video. This means that you are taking orders from a known and publically admitted traitor and you are engaging in armed hostility against the U.S. This puts you and your men in violation of high treason. You stop beating on our God damn citizens or we gonna charge you with treason, you understand that? We're gonna blow your fuckin' brains out for violations to the high treason sedition and subversion activities act Code 2381, you back off the American citizens or else you're gonna end charged with treason you understand that, we're gonna blow your god damn brains on the wall. 608-475-6277 is my call back number. My Oath keeper membership ID number is LT2859 and if you have any god damn complaints about me you call the chairman of the Oath keepers you tell him how much you hate me mother fucker, I'm sure he's going to love to hear it mother fucker. In the meantime, you back off our God damn citizens because ISIS is recruiting on American soil and taking military action against our civilians is treason. Now you better back the fuck off before you get arrested.