① Your Honor,

Much respect to your courtroom! This is not what it looks like I will clear my name! Writing the Judge in a matter such as this usually goes against Attorney's recomendation however I have nothing to hide!

My Evidence lead to the findings on Michael Flynn 3rd party and there are quite a few more Michael Flynn's in the government. These are red squad Informants being missapropriated for unlawful contract work selling government Data being mined by the Infraguard Alliance, not all Infraguard Informants but all substancial Evidence links back through them. Their causing the breeches like the NSA's breach.

I've been working on this contriversial and somewhat Deceptive investigation for a while and turning Evidence over to the military and my Phone, post office and internet records will Prove that. Military agencies like, US Army CID, NCIS, USMC SIB headed by Colonial Parish, military Police Hawaii Casey W Connery. Between 3-7-17 and 3-14-17 I dropped a series of contriversial tips of involving treason, Evidence supporting Michael Flynn activity off to Police depts for the FBI. On 3-14-17 This Warrent was issued to shut me up. To get me off the streets and to Prevent my intel from surfacing. I have substantial Evidence supporting Milwaukee FBI Agents Stephen L Conely, Shields and GB Jones using assets in treasonous offences, and other offences.

Names of Milwaukee FBI Assets/Infraguard Informants

Alet James Brown: Infiltrated 469th military base as a mechanic and his last Deployment as far as I know was March of 08

Officer Suzie Gonzolous Madison WI Police Department and officer Barrott

Officer Peaceman Richland Center Police Dept. Richland Center WI.

Paula My caseworker on the Sex Offender Regestry

On more then 1 occasion I have Been Jailed and Released without charges based on False accusations Being made against me by the x Infraguard People

① Accusations of FBIhood / False Accusations

1. Falsifying my address with the Dept of corrections is what the sex offender regestry accused me of, after being beat up and hauled off to Jail for it I was Released without Charges

2. Check forgery: I was hauled off to Jail and released without charges again

3. Domestic disorderly conduct: after being locked up for 3 months I was Released again without Ever seeing a courtroom.

This is unlawful Behavior being carried out against me by the infraguard informants in service to the Milwaukee FBI because of Evidence I hold from an 8 year investigation.

My Plea will be not guilty All the way through my name will clear! I told the K.S. FBI Agents that I could prove my freedom from Guilt without going to Court on these Accusations. My communication records will clear my name! Notice the Army National Guards name isn't in the Paper work because their not Pressing charges as far as I know. My actions are and have all been supported by law code & statute. For code & statute, I can Prove that.

My Sex offender Regestry Paper work is being Falsified and changed by Paula the case worker on the matter, thats not hard to prove.

Theres nothing Legitimate about the Milwaukee FBI's charges and unlawful wiretappin will have played a Significant Roll in established Evidence of audio nature!

I would like to file motions of discovery to prove all this to the court: 1st A motion of Discovery; prosecution reveals all Evidence and sources of Evidence, including but not limited to Informants, snitches, spies, Red Squad members, Infraguard members or otherwise.

2nd motion of Discovery; Prosecution Reveals my FBI file completely and all they have on me

③ 3rd motion of Discovery: How many times I have been Accused and Jailed under False Pretenses Attorney reveals to court my criminal record and shows Arrests which lead to No charges.

4th motion of Discovery: Prosecution Reveals The Identities of Infrequent informants Linked to Each arrest including this one.

A motion of Dismissal of all charges based on conflict of interest and or Lack of Evidence once you see it for yourself.

Please save a copy of this letter for me, my Attorney and send a copy to Special Agent Corey Baumgarden, whos name is on the warrant.

I hold a billion dollars in intel I will put that under oath as can be seen by collection of the TIPS dropped off by me signed with my name and dropped off to kansas police dept. I hold alot of intel. Oath and Affirmation Requests in Exchange For Intel

Requests $70,000 Just compensation

Expungment of juvenile and adult criminal background

Plus my Gun rights back and a conceal to carry permit

oath to abolish Treason and uphold the Constitution I will turn it all over.

If the FBI withholds these charges orders my Release and allows me to clear my name without further jail, detainment or court I will do so by letting them get access to anything they need from My Birth till Present, and provide code & statutes (explanation) in written form That Backs Anything That I have questions about.

I gave the kansas FBI A full recorded interview without a lawer present clearly I know I haven't Broken the law.

If they will Exchange oath and Affirmation for intel Iwill forget all of this and I won't hold the FBI legacy accountable for all the unlawful actions they have taken

④ against me. When I prove Law Been broken NO 1 gun has Been Broken by me, and that means police Abused and detained innocent man!

   much respect Your Honor

Please save a copy of this letter for me
my Attourney and the FBI

This is the only letter I will send you Your Honor
it has my Finger Prints on it. Any letter in which
comes to you after this letter is not From me, Even if
it's been FalsLy Adressed FRom me.
   my Finger Prints will prove this one is mine.
     If another Judge Gains this
      case Please Give him a copy of this aw

Send a copy to my mother: Dorathy Avery
Adress: 1400 Veterans Dr. Lot 20
   Richland Center WI 53581

2017 MAR 28 AM 9:09
PETER OPPENEER
CLERK US DIST COURT
WD OF WI
DOC NO
REC'D/FILED

Kansas Police Departments that Recieved TIPS on treason Being Committed and on ISIS activity, I Repeat ISIS activity

MANHATAN K.S. Police Departments ⎫
Herrington Police Department       ⎬ Kansas
McPhereson Police Dept             ⎭

Plus an FBI TIP in IOWA Left on the tipline

Cross Reference

I'M A GOOD Guy!

Archangels
Long
Council
Live