Ms. Welsh

What the prosecution cannot do is charge me with a crime for satisfying Federal law! The Army National Guard as one assembly did satisfy orders to uphold the N.D.A.A. "detain citizens under laws of war without trial or any other safeguards protected by the US constitution"

They therefore satisfied orders to overthrow the US constitution! How does the Army National Guard overthrow the constitution without overthrowing the continuity of government! Having sworn an oath to uphold them both to the Federal government by constitutional oath! The constitutional oath is backed by Federal law! The Federal Governments authority is expressed in Federal law! To overthrow the constitution is then to overthrow the Federal Governments authority! To uphold and defend the United States constitution is what we all swore on oath to do! The prosecution cannot argue with this! Their own ability to understand court procedings would come under question for trying to argue with that! According to the High Treason sedition and subversive Activities Act! Code 2387-88 (whoever incites, sets on foot

Helps, organizes, attempts to organize) Whoever affiliates with any Group or assembly committing Treason is committing treason Themselves. The Federal Government is not asking weather or not I violated the Law according to Jeffery M Andersons Code of Ethics but weather or not I violated the Law according to code b Statute as it reads.

What is a war crime? A Military action or a series of military actions taken against the country in a manner which violates federal Law. Would you call using the Army national Guard to overthrow the Federal Governments Authority military Actions which violate The Law? Yes. And would you call that Treason? Yes! So in that Circumstance is the Army National Guard at that Point an Enemy to The United States Constitution? Yes They Are!

Then is it a crime to verbally oppose Their stance against the US constitution? To Defend The Constitution from domestic Soldiers overthrowing it? No crime?

So Then I Am being detained based on charges which were Filed against me for Accusations of Being loyal to my Government Then let us not forget O'bama would

have been in office at the time! The Public defender they are accusing me of threatening, was ← accepting money from the Army National Guard in the form of payroll during their service against the US Constitution? Yes they were! So accepting money in exchange for, their affiliation with, their assistance to and their cooperation with a person or series of persons taking orders to overthrow the United States Constitution? So then they were compensated for in one way or another their support of such an assembly! Is this treason according to the law as it reads? Yes it is!

Is a domestic enemy to the United States Constitution a domestic enemy to the United States Government? We are talking about the law not Corey Baumgarden the High Traitor's opinion!

So then I stand accused of a crime for protecting my government? For upholding the constitution as I swore to my government I would? How is that a crime? It's not! Yet I'm still

"Being" detained why? Why did Anderson Indict me?? Has the FBI Declared ISIS on American soil? Are ISIS Attacks Happening all over the country? Yes! So at a time when the Enemy ISIS is Attacking the US The US from inside the country These traitors are overthrowing the US Constitution by military force? Did Corey Baumgarden know these things? So then Corey Baumgarden chose to side against me? Do you think Corey Baumgardens actions violate the law? Is it on federal record that I was attempting to take Evidence to the US Navy on Treason when Arrested? Yes it is did Corey Baumgarden by requesting this warrant interfere with the delivery of that Evidence? Could that be considered an attempt to prevent such evidence from being delivered? Does this case make the D.A. Look Dumb? Stupid? Amature? or even like an undergraduate of Law school? So then why not dismiss the Indictment voluntarily if He Has no Personal Stake

in it? I understand Araignment is not over yet and the statous of the Indictment is un-likely to change until after Araignment, however did Judge Stephen L Crocker state in his May 11th Notice that the Federal Government could voluntarily dismiss the Indictment prior to the Competency Exam? Yes He did! So why wouldn't The Federal Government do so if their interest was in any way to uphold Federal Law? So this whole case is based on conflict of interest not supported by law? Yes it is!

   Signed Travis Branda ~~~
   No further questions

Please file 1 copy each with Judge Crocker, D.A. Jeffery M Anderson and Public Defender Kelly Welsh? Thank you! Kelly please send copy to my mother!

2017 JUL 12 AM 9:31
PETER OPPENEER
CLERK US DIST COURT
WD OF WI
DOC NO
REC'D/FILED