

**REED CORNIA**
*attorney at law*

306 East Wilson Street
Madison WI 53703
608.242.0096 Office
608.256.7723 Fax

May 31, 2019

Judge James Peterson
District Court for the
Western District of Wisconsin
120 N. Henry Street
Madison, WI 53703

**OPPOSING COUNSEL NOTICED VIA E-FILING**

Re: *State v. Travis Martin*

Dear Judge Peterson,

After review of the PSR in this case, it is quite clear that Mr. Martin has suffered throughout his life both as a result of his mental health issues and what appears to be maternal neglect due to mental illness. The Travis Martin you see now is far different from the Travis Martin of a couple of years ago. His time spent in Springfield has proven beneficial. His disappointment in himself is also apparent. He also, as demonstrated at the plea hearing, quite open about his behavior and embarrassed by it.

Based on this, we are requesting a timed served sentence with supervision to make sure he continues to take his medications and find solid ground in regard to work and his personal life.

Sincerely,

/s/Reed Cornia

cc. Travis Martin
    AUSA Elizabeth Altman