PROB12A (3/16)

# UNITED STATES DISTRICT COURT
### FOR THE
# WESTERN DISTRICT OF WISCONSIN
## REPORT ON OFFENDER UNDER SUPERVISION / NO ACTION RECOMMENDED

**Name of Offender:**   Travis B. Martin                                                     Case Number: 17-cr-35-jdp-1
Eau Claire, Wisconsin

**Name of Sentencing Judicial Officer:** Honorable James D. Peterson

**Date of Original Sentence:** June 10, 2019

**Offense:**  Threatening Communications, in violation of 18 U.S.C. § 875(c), a Class D felony

**Original Sentence:**  Time served as of June 24, 2019; three years' supervised release

**Type of Supervision:** Supervised release                    **Date Supervision Commenced:** June 24, 2019

## NONCOMPLIANCE SUMMARY

Mr. Martin failed to comply with the following conditions of supervision:

| Violation | Nature of Noncompliance |
|---|---|
| Standard Condition No. 5: | "Defendant shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician." |
| | On July 7 and July 23, 2020, Travis Martin submitted urine specimens that laboratory analysis confirmed were positive for marijuana. He verbally admitted to using marijuana. |
| | On January 26, February 5, February 21, and March 27, 2021, Travis Martin submitted urine specimens that laboratory analysis confirmed were positive for marijuana. He verbally admitted to using marijuana in late January 2021 through March 2021. |

**Adjustment to Supervision:** On June 24, 2019, Travis Martin's term of supervised release commenced with a 180-day placement at Fahrman Center, a residential reentry center (RRC) in Eau Claire, Wisconsin. While there, Mr. Martin worked on his criminal thinking patterns, attended community support groups, completed substance abuse treatment, developed physical health-related goals, and worked on paranoia coping mechanisms. On December 3, 2019, he discharged from his RRC placement to reside at Choose Aftercare, a sober living home, in Eau Claire, Wisconsin.

Mr. Martin has maintained sporadic employment in manufacturing. He is currently unemployed and receives monthly Social Security benefits.

Mr. Martin attends dual-diagnosis counseling and medication management through Vantage Point Clinic in Eau Claire, Wisconsin.

During an unscheduled home contact on March 7, 2021, Mr. Martin admitted to using marijuana to alleviate racing thoughts and improve his quality of sleep. During an inspection of his prescription medication, it was discovered that Mr. Martin was not taking his buspirone as prescribed. When confronted, he admitted he was not taking his buspirone every day. He was given a verbal reprimand, and his psychiatrist was informed of his medication noncompliance.

The probation office has utilized the cognitive model regularly during supervision visits to review potential high-risk situations involving controlled substances, alcohol, and negative peer associations. In addition, the probation office has engaged in problem solving with Mr. Martin to develop a relapse plan to avoid marijuana use.

**U.S. Probation Officer's Response:** According to the risk assessment tool utilized by the probation office, Mr. Martin is identified as having a high risk to reoffend. His risk factors include cognitions, social networks, and substance use with elevated thinking styles of discontinuity, cognitive indolence, and cutoff. The probation office will continue to work to develop strategies to help Mr. Martin recognize risky situations in the future so he does not continue to use marijuana as a coping mechanism for managing his thoughts and emotions.

**U.S. Probation Officer's Recommendation:** While Mr. Martin has tested positive for marijuana six times since his supervised release commenced in June 2019, his marijuana use appears to be episodic. It is respectfully recommended that Mr. Martin be required to participate in a telephone conference with the Court to address his marijuana use. Mr. Martin has been made aware that he runs the risk of facing mandatory revocation under 18 U.S.C. § 3583(g)(4) for testing positive for a controlled substance more than three times in one year. He does not fully appreciate the serious nature of his repeated non-compliance during contacts with this officer.

Assistant U.S. Attorney Elizabeth Altman concurs with the Probation Office's recommendation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>April 16, 2021</u>

<u>/s/</u>

Traci l. Jacobs
Senior U.S. Probation Officer

THE COURT ORDERS:

☐ No action is necessary at this time.

X Mr. Martin is to participate in an administrative telephone conference with the Court, facilitated by the supervising U.S. Probation Officer.

☐ Other

/s/ James D. Peterson

Honorable James D. Peterson
U.S. District Judge

<u>April 19, 2021</u>

Date